

United States District Court
Northern District of New York

| | | |
|---|---|---|
| Karen A. Reynolds, | ) | Case No. 3:19-cv-00935-DNH-ATB |
| *Plaintiff,* | ) | |
| | ) | David N. Hurd |
| vs. | ) | United States District Judge |
| | ) | |
| Andrew M. Saul, | ) | Andrew T. Baxter |
| Commissioner of the Social | ) | United States Magistrate Judge |
| Security Administration, | ) | |
| *Defendant.* | ) | |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings under the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Andrew M. Saul,

By His Attorneys

Grant C. Jaquith,
United States Attorney

*/s/ Daniel Tarabelli*
Daniel Tarabelli
Special Assistant United States Attorney
N.D.N.Y. Bar Roll No. 700312
Social Security Administration
Office of the General Counsel
J.F.K. Federal Building, Room 625
Boston, MA 02203
(617) 565-4286
Daniel.Tarabelli@ssa.gov

Karen A. Reynolds,

By Her Attorney

*/s/ David F. Chermol*[1]
David F. Chermol
Chermol & Fishman, LLC
11450 Bustleton Avenue
Philadelphia, PA 19116
(215) 464-7200
dave@ssihelp.us

SO ORDERED:

DAVID N. HURD
United States District Judge
Dated: 1/28/2020 Utica NY

---

[1] Signed by Daniel Tarabelli with David F. Chermol's permission.